IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| JONATHAN MANLOVE,<br>Individually, and on behalf of others<br>similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>VOLKSWAGEN AKTIENGESELLSCHAFT,<br>VOLKSWAGEN GROUP OF AMERICA,<br>INC., and VOLKSWAGEN GROUP OF<br>AMERICA CHATTANOOGA<br>OPERATIONS, LLC,<br><br>        Defendants. | No. 1:18-cv-145<br><br>**Judge McDonough**<br>**Magistrate Judge Steger** |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND RELATED RELIEF

Plaintiff Jonathan Manlove and the opt-in collective action Plaintiffs, on behalf of themselves and all others similarly situated, by their attorneys, hereby respectfully move for an Order:

  (a)  preliminarily approving the parties' Settlement Agreement;

  (b)  certifying a Fed. R. Civ. P. 23(b)(2) settlement class as to the Tennessee state law claims for settlement purposes only;

  (c)  granting final certification of an Age Discrimination in Employment Act (ADEA) collective action for settlement purposes only;

  (d)  appointing Jonathan Manlove, Laura Carter, and Ricky Orr as Settlement Class Representatives;

  (e)  appointing Kevin Sharp, Andrew Melzer, and Leigh Anne St. Charles of SANFORD HEISLER SHARP, LLP as settlement Class Counsel;

  (f)  approving the parties' Notice of Proposed Collective and Class Action Settlement and proposed Opt-in and Waiver and Release of ADEA Claims form and directing

1

      the mailing of the same to the Class Members; and

    (g) establishing dates for the final fairness hearing and related events, such as the mailing of notice and the deadline to file objections.

Dated: January 31, 2020

Respectfully submitted,

s/Kevin Sharp
Kevin H. Sharp (TN BPR 016287)
Leigh Anne St. Charles (TN BPR 036945)
SANFORD HEISLER SHARP, LLP
611 Commerce Street, Suite 3100
Nashville, Tennessee 37203
Telephone: (615) 434-7000
Facsimile: (615) 434-7020
ksharp@sanfordheisler.com
lstcharles@sanfordheisler.com

Andrew Melzer (pro hac vice)
SANFORD HEISLER SHARP, LLP
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone:(646) 402-5657
Facsimile: (646) 402-5651
amelzer@sanfordheisler.com

*Attorneys for Plaintiffs*

2

Case 1:18-cv-00145-TRM-CHS    Document 132    Filed 01/31/20    Page 2 of 3    PageID #: 1579

**CERTIFICATE OF SERVICE**

      I hereby certify that on 31st day of January 2020 a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system. Notice of this electronic filing shall be sent via the CM/ECF system to the following individuals:

Charles B. Lee
Bradford G. Harvey
Megan B. Welton
Jessica Malloy-Thorpe
MILLER & MARTIN, PLLC
832 Georgia Avenue, Suite 1200
Chattanooga, TN 37402-2289


Michael W. Johnston
Rebecca Cole Moore
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309

*Counsel for Defendants Volkswagen Aktiengesellschaft, Volkswagen Group of America, Inc., and Volkswagen Group of America Chattanooga Operations, LLC*

William B. Monahan
Stephen H. Clarke
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

Julia M. Jordan
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W. Suite 700
Washington, DC 20006

*Counsel for Defendant Volkswagen Aktiengesellschaft*


      */s/ Kevin H Sharp*
      Kevin H. Sharp
      SANFORD HEISLER SHARP, LLP
      611 Commerce St., Suite 3100
      Nashville, TN 37203
      (615) 434-7001
      ksharp@sanfordhesiler.com

3

Case 1:18-cv-00145-TRM-CHS   Document 132   Filed 01/31/20   Page 3 of 3   PageID #: 1580