IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| JONATHAN MANLOVE, Individually, and on behalf of others similarly situated, <br><br>Plaintiff, <br><br>v. <br><br>VOLKSWAGEN AKTIENGESELLSCHAFT, VOLKSWAGEN GROUP OF AMERICA, INC., and VOLKSWAGEN GROUP OF AMERICA CHATTANOOGA OPERATIONS, LLC, <br><br>Defendants. | No. 1:18-cv-145 <br><br>**Judge McDonough** <br>**Magistrate Judge Steger** |

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF THE CLASS SETTLEMENT AND FOR APPROVAL OF ATTORNEYS' FEES CONSISTENT WITH THE PARTIES' SETTLEMENT AGREEMENT

Plaintiff Jonathan Manlove and the opt-in collective action Plaintiffs, on behalf of themselves and all others similarly situated, by their attorneys, hereby respectfully move for an Order:

(a) Finally approving the settlement of this case as memorialized in the parties' Settlement Agreement, dated January 31, 2020, including approving the $995,000 that Defendants agreed to pay as a fair and reasonable settlement of Plaintiffs' and the Class Members'[1] claims for attorney's fees, costs, and expenses; and

(b) Dismissing the Named and Opt-in Plaintiffs' Claims with prejudice and without costs, except as specified in the Settlement Agreement, and permanently barring and enjoining Class Members from pursuing any Released Claims.

---

[1] All capitalized terms not otherwise defined herein have the meanings ascribed to them in the Settlement Agreement (Doc. 133-1).

1

Dated: April 15, 2020                                  Respectfully submitted,

<div style="margin-left: 40%;">

s/Kevin Sharp
Kevin H. Sharp (TN BPR 016287)
Leigh Anne St. Charles (TN BPR 036945)
SANFORD HEISLER SHARP, LLP
611 Commerce Street, Suite 3100
Nashville, Tennessee 37203
Telephone: (615) 434-7000
Facsimile: (615) 434-7020
ksharp@sanfordheisler.com
lstcharles@sanfordheisler.com

Andrew Melzer (pro hac vice)
SANFORD HEISLER SHARP, LLP
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone:(646) 402-5657
Facsimile: (646) 402-5651
amelzer@sanfordheisler.com

*Attorneys for Plaintiffs*

</div>

# CERTIFICATE OF SERVICE

I hereby certify that on 15th day of April 2020 a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system. Notice of this electronic filing shall be sent via the CM/ECF system to the following individuals:

Charles B. Lee
Bradford G. Harvey
Megan B. Welton
Jessica Malloy-Thorpe
MILLER & MARTIN, PLLC
832 Georgia Avenue, Suite 1200
Chattanooga, TN 37402-2289

Michael W. Johnston
Rebecca Cole Moore
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309

*Counsel for Defendants Volkswagen Aktiengesellschaft, Volkswagen Group of America, Inc., and Volkswagen Group of America Chattanooga Operations, LLC*

William B. Monahan
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

Julia M. Jordan
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W. Suite 700
Washington, DC 20006

*Counsel for Defendant Volkswagen Aktiengesellschaft*

/s/ Kevin H Sharp
Kevin H. Sharp
SANFORD HEISLER SHARP, LLP
611 Commerce St., Suite 3100
Nashville, TN 37203
(615) 434-7001
ksharp@sanfordhesiler.com

3